UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN R. SOLORIO, | No. C 11-833 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| SAN BENITO COUNTY SHERIFF'S OFFICE; et al., | |
| Defendants. | |

Plaintiff filed this action on February 17, 2011 and listed his address as San Benito County Jail, at 710 Fynn Road in Hollister, California. Mail sent from the court to plaintiff at that address was returned undelivered on March 1, 2011, marked "no mail receptacle." Court staff called the San Benito County Sheriff's Department, and learned that mail sent to the jail's street address, rather than its post office box, would indeed be returned undelivered, and that mail for inmates at San Benito County Jail should be sent to Post Office Box 920, Hollister, CA 95024. Accordingly, the clerk will mail to plaintiff at the new address another copy of the in forma pauperis application form and the notice of in forma pauperis deficiency. The clerk also will update the court's docket to show the correct mailing address for the jail. Plaintiff must pay the $350.00 filing fee or file a completed and signed in forma pauperis application no later than **July 8, 2011**.

IT IS SO ORDERED.

Dated: June 2, 2011

SUSAN ILLSTON
United States District Judge