UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN R. SOLORIO, | No. C 11-833 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SAN BENITO COUNTY SHERIFF'S OFFICE; et al., | |
| Defendants. / | |

This action is dismissed without prejudice to plaintiff filing a new action for which he pays the filing fee or submits a completed *in forma pauperis* application at the time he files his complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 1, 2011

_____
SUSAN ILLSTON
United States District Judge